UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
1901 S. BELL STREET, SUITE 200
ARLINGTON, VA  22202


SANCHEZ-ACOSTA, JULIO CESAR
DHS/ICE/FARMVILLE
PO BOX N
FARMVILLE, VA  23901

In the matter of            File A 209-225-933     DATE: May 15, 2018
SANCHEZ-ACOSTA, JULIO CESAR


\_\_ Unable to forward - No address provided.

\_X\_ Attached is a copy of the decision of the Immigration Judge. This decision
is final unless an appeal is filed with the Board of Immigration Appeals
within 30 calendar days of the date of the mailing of this written decision.
See the enclosed forms and instructions for properly preparing your appeal.
Your notice of appeal, attached documents, and fee or fee waiver request
must be mailed to:    Board of Immigration Appeals
                      Office of the Clerk
                      5107 Leesburg Pike, Suite 2000
                      Falls Church, VA 22041

\_\_ Attached is a copy of the decision of the immigration judge as the result
of your Failure to Appear at your scheduled deportation or removal hearing.
This decision is final unless a Motion to Reopen is filed in accordance
with Section 242b(c)(3) of the Immigration and Nationality Act, 8 U.S.C. §
1252b(c)(3) in deportation proceedings or section 240(b)(5)(C), 8 U.S.C. §
1229a(b)(5)(C) in removal proceedings.  If you file a motion to reopen, your
motion must be filed with this court:
                      IMMIGRATION COURT
                      1901 S. BELL STREET, SUITE 200
                      ARLINGTON, VA  22202

\_\_ Attached is a copy of the decision of the immigration judge relating to a
Reasonable Fear Review. This is a final order. Pursuant to 8 C.F.R. §
1208.31(g)(1), no administrative appeal is available. However, you may file
a petition for review within 30 days with the appropriate Circuit Court of
Appeals to appeal this decision pursuant to 8 U.S.C. § 1252; INA §242.

\_\_ Attached is a copy of the decision of the immigration judge relating to a
Credible Fear Review. This is a final order. No appeal is available.

\_\_ Other: _____


                                          WHITEK
                                          COURT CLERK
                                          IMMIGRATION COURT              FF

CC: OFFICE OF CHIEF COUNSEL
    1901 SOUTH BELL STREET, 9TH FL
    ARLINGTON, VA, 22202

IMMIGRATION COURT
1901 S. BELL STREET, SUITE 200
ARLINGTON, VA 22202

In the Matter of

SANCHEZ-ACOSTA, JULIO CESAR
Respondent

Case No.: A209-225-933

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on 5/15/18.
This memorandum is solely for the convenience of the parties. If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.
[✓] The respondent was ordered removed from the United States to El Salvador
    or in the alternative to .
[ ] Respondent's application for voluntary departure was denied and
    respondent was ordered removed to or in the
    alternative to .
[ ] Respondent's application for voluntary departure was granted until
    upon posting a bond in the amount of $_____
    with an alternate order of removal to .
Respondent's application for:
[✓] Asylum was ( )granted ( )denied ( )withdrawn.
[✓] Withholding of removal was (✓)granted ( )denied ( )withdrawn.
[ ] A Waiver under Section _____ was ( )granted ( )denied ( )withdrawn.
[ ] Cancellation of removal under section 240A(a) was ( )granted ( )denied
    ( )withdrawn.
Respondent's application for:
[ ] Cancellation under section 240A(b)(1) was ( ) granted ( ) denied
    ( ) withdrawn. If granted, it is ordered that the respondent be issued
    all appropriate documents necessary to give effect to this order.
[ ] Cancellation under section 240A(b)(2) was ( )granted ( )denied
    ( )withdrawn. If granted it is ordered that the respondent be issued
    all appropriated documents necessary to give effect to this order.
[ ] Adjustment of Status under Section _____ was ( )granted ( )denied
    ( )withdrawn. If granted it is ordered that the respondent be issued
    all appropriated documents necessary to give effect to this order.
[ ] Respondent's application of ( ) withholding of removal ( ) deferral of
    removal under Article III of the Convention Against Torture was
    ( ) granted ( ) denied ( ) withdrawn.
[ ] Respondent's status was rescinded under section 246.
[ ] Respondent is admitted to the United States as a _____ until _____.
[ ] As a condition of admission, respondent is to post a $_____ bond.
[ ] Respondent knowingly filed a frivolous asylum application after proper
    notice.
[ ] Respondent was advised of the limitation on discretionary relief for
    failure to appear as ordered in the Immigration Judge's oral decision.
[ ] Proceedings were terminated.
[ ] Other: _____
Date: 5-15-18

ROXANNE C. HLADYLOWYCZ
Immigration Judge

Appeal: (Waived) Reserved Appeal Due By: Mail Order

ALIEN NUMBER: 209-225-933    NAME: SANCHEZ-ACOSTA, JULIO CESAR

---
CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY: MAIL (M)    PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [X] ALIEN's ATT/REP  [ ] DHS
DATE: 5-15-18    BY: COURT STAFF
Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List

Q6