IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| Julio Cesar Sanchez-Acosta, | ) | |
| | ) | |
| *Petitioner-Plaintiff,* | ) | |
| | ) | |
| v. | ) | **DECLARATION OF** |
| | ) | **JULIO CESAR SANCHEZ-ACOSTA** |
| Jefferson B. Sessions, III, et al., | ) | |
| | ) | |
| *Respondents-Defendants.* | ) | |
| | ) | |

---

I, Julio Cesar Sanchez Acosta, make the following declaration, which is true to the best of my knowledge and belief.

1. I was born in and am a citizen of El Salvador. I last entered the United States in 2016 because I was fleeing for my life after the MS-13 gang killed my two brothers. After I entered the U.S., I learned that MS-13 or another gang had killed my father. I am very afraid the gangs will harm me and others in my family. Gangs threatened me and tried to kill me. Gangs shot me while I was in El Salvador. I have multiple bullet wounds and have bullet fragments lodged in my feet. Gang also pulled my cousin from a bus while searching for me, beat him, and set him on fire with gasoline. I am afraid if I return to El Salvador, I will be killed.

2. After I came to the United States, I went to live in Virginia. While I was living in Chesterfield, Virginia, I was arrested by the police who turned me over to Immigration Customs Enforcement ("ICE"). When ICE officers arrested and

1

detained me, they told me I would be removed to El Salvador. I am now and have been in ICE custody at the Farmville Detention Center in Farmville, Virginia since November 16, 2017.

3. Since my detention, I have been fighting my case while in immigration proceedings before the Arlington, Virginia Immigration Court. I represented myself in these Immigration Court proceedings and applied for asylum and withholding of removal. At first, a lawyer was representing me but then she stopped working on my case, so I had to represent myself in Immigration Court.

4. On May 15, 2018, after several hearings in my case, the Immigration Judge decided that I would be harmed if I went back to El Salvador and granted me withholding of removal to El Salvador.

5. Despite winning my case, ICE is still detaining me. My Deportation Office is Frank Corcoran. DO Corcoran told me that I will remain in immigration detention until approximately August 13, 2018. He also wrote to me on the attached Detainee Request Form that my custody would "not be determined until approx. 8/13/2018." He has not explained to me why I must remain in immigration detention after the Immigration Judge ordered that I could not be removed to El Salvador.

6. Just recently on Monday July 9, 2018, my Deportation Officer asked me if I wanted to speak with the Salvadoran consulate about obtaining travel documents and that they would reevaluate my case on July 29, 2018. I told my Deportation Officer that I could not speak to officials from El Salvador, as I am afraid to be

harmed there. I also do not understand what will happen on July 29th and why I have to wait until that time for them to determine if they will keep detaining me.

7. I have no connections to any country other than the United States and El Salvador. I have never lived in any country other than the United States and El Salvador. I have no family members in any country other than the United States and El Salvador.

8. My Deportation Office has spoken to be about other countries in Central America. My Deportation Officer has not asked me to communicate with the governments of any country other than El Salvador regarding my possible removal to another country.

9. I do not believe that I could live safely in other Central American countries because the same gangs that harmed and killed my family members are present in other Central American countries. I would be afraid of being harmed there too.

10. I have complied with all requests by my Deportation Officer and any other ICE or jail staff, including providing information on where I have lived, where my family lives, and where I have worked.

11. I am not a bad person. I have two minor convictions for offenses in Virginia, for having faulty equipment on a vehicle and for public intoxication. These are mistakes I regret.

12. I need to return to my family. I have a 19-year-old daughter and a U.S. citizen grandchild in the United States. They live in Chesterfield County, Virginia. I was a primary source of support for them until my detention by ICE in September 2017. I need to be released as soon as possible to support my family in the United

States and so that I can communicate with my remaining family in El Salvador, with whom I have not spoken since my detention by ICE in September 2017. I am afraid for my family members who are still living in El Salvador.

13. I prepared this declaration with the assistance of my attorney and staff at the Capital Area Immigrants' Rights Coalition who translated my statements to English. My native language is Spanish. I speak some English, but in legal matters, I am more confident of the accuracy of my language in Spanish.

I declare, under penalty of perjury under the laws of the United States, that the foregoing statement is true and correct.

Executed on: July 11, 2018.                    _____
                                                Julio César Sánchez Acosta

4

# U.S. Department of Homeland Security

Immigration & Customs Enforcement
Enforcement and Removal Operations
Washington Field Office
2675 Prosperity Ave., MS 5216
Fairfax, Virginia 20598-5216
Office: 703-285-6301
Fax: 703-285-6236

## Detainee Request Form

☐ NDS                    ☐ DETAINED DOCKET

| Name of Detainee (Nombre) | Country (País) | Alien Registration Number (Numero de Registro Extranjero) |
|---|---|---|
| Julio Cesar Sanchez | ES | 209225933 |
| Dormitory # (Dormitorio #) / Bed # (Cama #) | | Date of Request given to detainee. (Fecha de la solicitud dada al detenido) |
| 6/12 | | 6/7/18 |

Nature of Request (Cual es la pregunta?)

I need My Freedom as soon as possible.
I dont know how my kids are in El SAlvador
I don't have comunication with them. thank you

All requests not pertaining to ICE will be forward to the detention facility with a
follow-up by ICE.

DO NOT WRITE BELOW THIS LINE / ICE OFFICIAL USE ONLY

| Date Received | Officer Assigned | Date Due | Provide response within 72 hours |
|---|---|---|---|
| 06/08/18 | Corcoran | 06/13/18 | |

Response:                    Detainee request log #  18-6-27

Your custody will not be determined until
approx. 8/13/2018. You chose not to return
to El Salvador to check-in on kids

__Update logbook and ENFORCE__

| Date Returned by ICE | Returned by: Print Name & Title |
|---|---|
| 06/13/18 | |