# David Laing

**From:** Corcoran, Frank <Frank.M.Corcoran@ice.dhs.gov>
**Sent:** Friday, July 6, 2018 6:14 AM
**To:** David Laing
**Subject:** RE: Julio Sanchez Acosta - A209 225 933

ICE-ERO Washington policy is to hold Mr. Sanchez for the entirety of the removal period. The removal period is 90 days from order of removal.

**From:** David Laing [mailto:david@caircoalition.org]
**Sent:** Thursday, July 5, 2018 2:53 PM
**To:** Corcoran, Frank <Frank.M.Corcoran@ice.dhs.gov>
**Subject:** Julio Sanchez Acosta - A209 225 933

Dear Deportation Officer Corcoran:

    I'm emailing you in reference to my client Mr. Julio Sanchez Acosta (A209 225 933). Please find attached my G-28 notice of appearance as his attorney.

    Mr. Sanchez Acosta received a grant of withholding from removal to El Salvador from Immigration Judge Hladylowycz on May 15, 2018. Mr. Sanchez Acosta remains in immigration detention at ICA-Farmville as of today.

    Please provide the following information regarding Mr. Sanchez Acosta's detention and possible removal:

1. Is there a scheduled date for Mr. Sanchez Acosta's release from detention?
   a. If there is a scheduled date for Mr. Sanchez Acosta's release from detention, what is that date?

2. Are you evaluating third countries for Mr. Sanchez Acosta's possible removal?
   a. If you are, what are those countries?
   b. Has ICE received any indication that any third country would accept Mr. Sanchez's removal to that country?
   c. If you have received any indication that any third country will accept Mr. Sanchez's removal, what is the country?

    Please call me if it's easier to discuss this by phone.

    Thank you in advance for your prompt response to these questions.

    Sincerely,

    David J. Laing

1



**David J. Laing** | Senior Counsel, Immigration Impact Lab
| **phone:** 202-769-5231, **mobile:** 202-368-0909
| **email:** david@caircoalition.org
| **site:** www.caircoalition.org
| **address:** 1612 K Street NW, Ste 204 Washington, D.C. 20006

Follow us:

CAPITAL AREA IMMIGRANTS' RIGHTS COALITION