IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| Julio Cesar Sanchez-Acosta, *et al.* ) | |
| ) | |
| *Petitioners-Plaintiffs,* ) | |
| ) | |
| v. ) | |
| ) | |
| Jefferson B. Sessions, III, *et al.* ) | Civ. No.: 1:18-cv-00872-LO-IDD |
| ) | |
| *Respondents-Defendants.* ) | |
| ) | |
| ) | |

___

## **PETITIONERS' MOTION FOR CLASS CERTIFICATION OR REPRESENTATIVE HABEAS ACTION**

Petitioners Julio Cesar Sanchez-Acosta, Khaled Najjar, Minase Tesfateon ("Petitioners"), by counsel and pursuant to Federal Rules of Civil Procedure 23, hereby respectfully submit this motion and move this Court for an order (1) certifying the proposed class; (2) appointing Petitioners as Class Representative for the proposed class; (3) appointing the undersigned as Class Counsel for the proposed class; and (4) ordering Respondents to identify class members to class counsel and notify class members of their status as class members within fifteen days.

This motion is based upon the First Amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Class Action Habeas Corpus Petition) (Dkt. No. 10), the accompanying memorandum of law and exhibits thereto, and such other evidence and argument as may be presented.

Date: July 26, 2018

Respectfully submitted,

Julio Cesar Sanchez Acosta, Khaled Najjar, and Minase Taefateon

By Counsel

By: /s/ _____
Rachel C. McFarland, VSB No. 89391
*rmcfarland@justice4all.org*
Simon Sandoval-Moshenberg, VSB No. 77110
*simon@justice4all.org*
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike #520
Falls Church, VA 22041
(703) 778-3450
Fax: (703) 778-3454
  Pro Bono Attorneys for Petitioners

Adina Appelbaum, VSB. No. 88974
*adina@caircoalition.org*
David J. Laing (pro hac vice)
*david@caircoalition.org*
Claudia Cubas (pro hac vice application pending)
*claudia.cubas@caircoalition.org*
Capital Area Immigrants' Rights (CAIR) Coalition
1612 K Street NW, Suite 204
Washington, DC 20006
(202) 769-5231 (Tel.)
(202) 331-3341 (Fax)
  Pro Bono Attorneys for Petitioners

Johnathan Smith (pro hac vice application forthcoming)
*johnathan@muslimadvocates.org*
Sirine Shebaya (pro hac vice)
*sirine@muslimadvocates.org*
Muslim Advocates
P.O. Box 66408
Washington, DC 20035
(202) 897-2622 (Tel.)
(202) 508-1007 (Fax)
  Pro Bono Attorneys for Petitioners

## Certificate of Service

I, the undersigned, hereby certify that on this date, July 26, 2018, I caused to be served a true copy of the Motion for Class Certification or Representative Habeas Action on all Respondents-Defendants by registered mail to the following addresses:

| | |
|---|---|
| Jefferson B. Sessions, III<br>Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Kirstjen Nielsen<br>Secretary<br>US Department of Homeland Security<br>c/o Office of the General Counsel<br>US Department of Homeland Security,<br>245 Murray Lane, SW<br>Mail Stop 0485<br>Washington, DC, 20528 |
| U.S. Attorney for the Eastern District of Virginia<br>Justin W. Williams US Attorney's Building<br>2100 Jamieson Ave<br>Alexandria, VA 22314 | Thomas D. Homan<br>Acting Director<br>US Immigration and Customs Enforcement<br>c/o Office of the General Counsel<br>US Department of Homeland Security,<br>Washington, DC, 20528 |
| Jeffrey Crawford<br>Warden, Farmville Detention Center<br>281-433 Waterworks Rd<br>Farmville, VA 23901 | Russell Hott<br>Director, Washington Field Office<br>US Immigration and Customs Enforcement<br>c/o Office of the General Counsel<br>US Department of Homeland Security,<br>Washington, DC, 20528 |

_____/s/_____
Rachel C. McFarland
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Ste A
Charlottesville, VA 22903
434-977-0553
434-977-0558
*Attorney for Petitioners*