**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| Julio Cesar Sanchez-Acosta, *et al.*, <br> *on behalf of themselves and all others* <br> *similarly situated*, <br><br> Petitioners, <br><br> v. <br><br> Jefferson B. Sessions, III, *et al.*, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:18-cv-00872-LO-IDD <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**Declaration of Sirine Shebaya, Esq.**

1. My name is Sirine Shebaya. I am over 18 years of age and competent to make this declaration. I seek to be appointed class counsel for the plaintiff classes in the above-captioned litigation.

2. I am the Senior Staff Attorney at Muslim Advocates. In this capacity, I lead our litigation and advocacy efforts on a range of civil rights issues, including the organization's immigrants' rights docket. Prior to joining Muslim Advocates, I was Program Director for the Virginia Justice Program at the Capital Area Immigrants' Rights Coalition. Before that, I directed the Immigrants' Rights program at the American Civil Liberties Union of Maryland.

3. I am also a board member of the National Immigration Project of the National Lawyers' Guild, a board member and former chair of the board of the Dulles Justice Coalition, and a co-chair of the Immigration Committee of the American Bar Association Criminal Justice Section.

4. I have been admitted *pro hac vice* to the Eastern District of Virginia in this case, and had previously been admitted *pro hac vice* in this court and served as lead counsel in

*Mauricio-Vasquez v. Crawford*, a successful habeas petition raising substantially similar legal issues to the current case.

5. I am a 2012 graduate of Yale Law School, where I was awarded the Khosla Memorial Fund for Human Dignity Prize. I was first admitted to practice in New York in March 2013, and have since been admitted to practice in Maryland, the District of Columbia, and eight federal district and circuit courts. I have been awarded the Capital Area Muslim Bar Association Award for Outstanding Pro Bono Service and Commitment to Advancing Justice, the Americans for Democratic Action Winn Newman Equality Award, and the National Immigration Project of the National Lawyers' Guild Daniel Levy Award.

6. Founded in 2005, Muslim Advocates is a legal education and advocacy organization that works on the frontlines of civil rights to guarantee freedom and justice for Americans of all faiths. Muslim Advocates advances these objectives in part through litigation, including class actions, in federal and state courts. Muslim Advocates represents immigrants in several jurisdictions across the country in civil rights litigation and challenges to detention.

7. I have represented immigrants, including detained immigrants, in federal civil rights cases and in habeas corpus petitions in Maryland, the District of Columbia, the Northern District of California, the Eastern District of Virginia, and the Fourth Circuit. My regular practice areas include civil rights litigation with a particular focus on issues affecting immigrants and members of the Muslim, Arab, and South Asian communities.

8. I have given dozens of trainings, presentations, and CLE classes on issues at the intersection of immigration and civil rights litigation, including presentations teaching immigration lawyers how to file and litigate habeas corpus petitions on behalf of detained immigrants.

9. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

MUSLIM ADVOCATES

By:   /s/ Sirine Shebaya                                          Date: 7/25/2018
        Sirine Shebaya (*pro hac vice*)
        P.O. Box 66408
        Washington, DC 20035
        (202) 897-2622
        sirine@muslimadvocates.org